382 A.2d 748

Commonwealth v. Gray, Appellant.

622

Submitted March 30, 1977.   John Myers, Assistant Defender, and Benjamin Lerner, Defender, for appellant;   Legrome D. Davis, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence vacated. The case is remanded for the entry of post-trial motions *nunc pro tunc.*

JACOBS and PRICE, JJ., dissent.

VAN der VOORT, J., dissents and would remand to the lower court for a determination of whether appellant knowingly and intelligently waived his right to file post-trial motions.   *Commonwealth v. Tate*, 464 Pa. 25, 346 A.2d 1 (1975);   *Commonwealth v. Schroth*, 458 Pa. 233, 328 A.2d 168 (1974).